UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL NO. 98-2166 (PG) |
| | * | |
| VS. | * | FORECLOUSURE OF MORTGAGE |
| | * | |
| VICTOR BASCO MEDINA a/k/a VICTOR JAVIER BASCO MEDINA, MARIA ISABEL NEGRON CARMENATY and the conjugal partnership constituted by both | * * * * * | |

*********************************************

ORDER FOR EVICTION

Upon motion filed by B. L. Investment, Inc. herein, and it appearing from the records of this Court that the public sale of the mortgaged property was adjudicated to B. L. Investment, Inc., and that the defendants and/or present occupants are still occupying the property and have refused to surrender the same to the plaintiff.

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to evict the defendants and/or present occupants from the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided.

SO ORDERED in San Juan, Puerto Rico, this _14th_ day of _September_ 1999.

_____
JUDGE
USDJ

